# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| PACK, JEFF | § | Case No. 11-09720 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/11/2014 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2014          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PACK, JEFF | § | Case No. 11-09720 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,038.54 |
| and approved disbursements of | $ | 897.44 |
| leaving a balance on hand of[1] | $ | 21,141.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,953.85 | $ 0.00 | $ 2,953.85 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 8,592.00 | $ 0.00 | $ 8,592.00 |
| Other: Intrenational Sureties Ltd. | $ 68.54 | $ 68.54 | $ 0.00 |
| Other: Springer Brown LLC | $ 543.00 | $ 0.00 | $ 543.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 12,088.85 |
| Remaining Balance | $ | 9,052.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,475,067.05  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | GE Capital Corp | $ 3,622,188.81 | $ 0.00 | $ 5,063.88 |
| 3 | Ford Motor Credit Company | $ 9,678.41 | $ 0.00 | $ 13.53 |
| 4 | MB Financal Bank | $ 2,718,723.56 | $ 0.00 | $ 3,800.82 |
| 5 | Warehouse Direct Inc. | $ 4,591.17 | $ 0.00 | $ 6.42 |
| 6 | American Express Bank | $ 7,821.47 | $ 0.00 | $ 10.93 |
| 7 | Amercian Express Bank | $ 2,558.63 | $ 0.00 | $ 3.58 |
| 8 | Debbie's Customized Staffing | $ 109,505.00 | $ 0.00 | $ 153.09 |

Total to be paid to timely general unsecured creditors   $ 9,052.25

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                                 Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-09720-DRC
Jeff Pack                                                                  Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 2          Date Rcvd: Jun 05, 2014
                             Form ID: pdf006         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2014.
db            #+Jeff Pack,   509 Blackhawk Dr.,   Westmont, IL 60559-1522
16933157       American Express,   Box 0001,   Los Angeles, CA 90096-8000
17361382       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16933159       BlueCross/BlueShield of Illinois,   c/o Healthcare Service Corporation,   P.O. Box 1186,
               Chicago, IL 60690-1186
16933160       Chase Home Finance,   P.O. Box 78420,   Phoenix, AZ 85062-8420
17363985      +Debbie's Customized Staffing,   Bernard Wiczer,   500 Skokie Blvd Ste 350,
               Northbrook, IL 60062-2877
16933163      +Estate of Peter J. Pulver,   1815 Marguerite St,   Crystal Lake, IL 60014-2531
16933164      +Ford Motor Credit Company,   PO Box 6275,   Dearborn, MI 48121-6275
16933166      +GE Capital,   10 Riverview Dr.,   Danbury, CT 06810-6268
16933165      +GE Capital,   55 Human Road PO Box 3099,   Naperville, IL 60566-7099
16933167      +GE Capital Corporation,   Reed Smith LLP,   Attn Timothy S Harris,   10 S. Wacker Dr Suite 4000,
               Chicago, IL 60606-7506
16933168      +Hamilton Partners,   1100 Kirk St.,   Elk Grove Village, IL 60007-6737
16933169       Harris Bank, N.A.,   P.O. Box 94033,   Palatine, IL 60094-4033
16933170       Jo Daviess County Treasurer,   Jo Daviess Courthouse, Room 120,   330 N. Branch St.,
               Galena, IL 61036
16933171      +John Earnest,   1030 Forest Ln.,   Lemont, IL 60439-4326
16933172      +Komori America Corp.,   Corporate Headquarters,   5520 Meadowbrook Industrial Court,
               Rolling Meadows, IL 60008-3800
16933174      +MB Financial,   321 North Clark, Suite 800,   Chicago, IL 60654-4766
16933175      +MB Financial Bank,   c/o Kevin M. Hyde,   321 N. Clarck St., Suite 800,   Chicago, IL 60654-4766
17282304      +MB Financial Bank, N.A.,   Dave Beck Assis Vice Pres,   6111 N River Rd, 4th Flr,
               Rosemont, IL 60018-5111
16933173      +Martin County Tax Collector,   11734 SE Federal Hwy,   Hobe Sound, FL 33455-5303
16933176      +Midland Paper Company,   c/o John M. Riccione,   330 N. Wabash Ave., Suite 1700,
               Chicago, IL 60611-7765
17258053      +ST. CHARLES BANK & TRUST COMPANY,   C/O ATTORNEY SCOTT RICHMOND,   2000 MCDONALD ROAD, SUITE 200,
               SOUTH ELGIN, IL 60177-3324
16933179      +Specialized Loan Servicing, LLC,   8742 Lucent Blvd.,   Suite 300,
               Highlands Ranch, CO 80129-2386
16933180      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank,   136 South Washington,   Naperville, IL 60540)
16933182      +Warehouse Direct, Inc.,   c/o Michael D. Weis,   PO BOX 1166,   Northbrook, IL 60065-1166
16933184       Wells Fargo,   P.O. Box 4233,   Portland, OR 97208-4233
16933183       Wells Fargo,   P.O. Box 10225,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16933158       E-mail/Text: bankruptcy@bbandt.com Jun 05 2014 23:57:10   BB&T,   PO BOX 580022,
               Charlotte, NC 28258-0022
16933162      +E-mail/Text: collector@dupageco.org Jun 05 2014 23:57:12   DuPage County Collector,
               421 N. County Farm Rd.,   Wheaton, IL 60187-3992
17008386      +E-mail/Text: asalgado@mctc.martin.fl.us Jun 05 2014 23:58:41   Martin County Tax Collector,
               3485 SE Willoughby Blvd,   Stuart, FL 34994-5062
16933177      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 05 2014 23:57:51   NCO Financial Services,
               507 Prudential Rd.,   Horsham, PA 19044-2368
                                                                                          TOTAL: 4

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17363182*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17267000*     +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
16933181*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201)
16933161      ##Chicago Packaging Co.,   1100 Kirk Street,   Elk Grove Village, IL 60007-6737
16933178      ##+Quality Color Graphics,   1100 Kirk St.,   Elk Grove Village, IL 60007-6737
16933185      ##+Wells Fargo,   c/o Freedman Anselmo Lindberg, LLC,   1807 W. Diehl Rd., Suite 333,
               Naperville, IL 60563-1890
                                                                                TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1            User: nmolina            Page 2 of 2            Date Rcvd: Jun 05, 2014
                               Form ID: pdf006          Total Noticed: 31

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2014 at the address(es) listed below:
              Ariel  Weissberg   on behalf of Defendant Jeff  Pack ariel@weissberglaw.com,
              Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weis
              sberglaw.com
              Ariel  Weissberg   on behalf of Debtor Jeff  Pack ariel@weissberglaw.com,
              Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weis
              sberglaw.com
              Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ   on behalf of Trustee Brenda Porter Helms, ESQ
              brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              Christopher H Purcell   on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Clay  Mosberg   on behalf of Creditor   Wells Fargo Bank, NA cmosberg@fallaw.com,
              tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              David  Brown, ESQ   on behalf of Plaintiff Brenda Porter Helms dbrown@springerbrown.com,
              jkrafcisin@springerbrown.com
              David  Brown, ESQ   on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
              jkrafcisin@springerbrown.com
              Kimberly A Bacher   on behalf of Creditor   MB Financial Bank, N.A. kbacher@shawfishman.com,
              bharrington@shawfishman.com
              Lisa M Nyuli   on behalf of Creditor   St. Charles Bank & Trust Co. lmn@attorneys-illinois.com
              Maria  Georgopoulos   on behalf of Creditor   Harris N.A. nd-three@il.cslegal.com
              Maria  Georgopoulos   on behalf of Creditor   Branch Banking & Trust Company
              nd-three@il.cslegal.com
              Maria  Georgopoulos   on behalf of Creditor   Chase Home Finance, LLC nd-three@il.cslegal.com
              Meredith S Fox   on behalf of Plaintiff Brenda Porter Helms tspringer@springerbrown.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Robert W Glantz   on behalf of Plaintiff   MB Financial Bank, N.A. rglantz@shawfishman.com,
              bharrington@shawfishman.com
              Timothy  Harris   on behalf of Creditor   General Electric Capital Corporation
              tharris@reedsmith.com
                                                                            TOTAL: 17