# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
PACK, JEFF                                §          Case No. 11-09720
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   .  The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T | | | | | |
| | Chase Home Finance | | | | | |
| | Ford Motor Credit National Bankruptcy Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hamilton Partners | | | | | |
| | Harris Bank, N.A. | | | | | |
| | Specialized Loan Servicing, LLC | | | | | |
| | US Bank | | | | | |
| | Wells Fargo | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| SPRINGER BROWN LLC | | | | | |
| SPRINGER BROWN LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector | | | | | |
| | DuPage County Collector | | | | | |
| | DuPage County Collector | | | | | |
| | Jo Daviess County Treasurer | | | | | |
| | Martin County Tax Collector | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross/BlueShield of Illinois | | | | | |
| | BlueCross/BlueShield of Illinois | | | | | |
| | Estate of Peter J. Pulver | | | | | |
| | GE Capital | | | | | |
| | GE Capital | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital | | | | | |
| | GE Capital Corporation | | | | | |
| | John Earnest | | | | | |
| | Komori America Corp. | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | MB Financial | | | | | |
| | Midland Paper Company | | | | | |
| | NCO Financial Services | | | | | |
| | U.S. Bank | | | | | |
| | Wells Fargo | | | | | |
| | Wells Fargo | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERCIAN EXPRESS BANK | | | | | |
| 6 | AMERICAN EXPRESS BANK | | | | | |
| | AMERICAN EXPRESSS BANK (CLAIM 6) | | | | | |
| 8 | DEBBIE'S CUSTOMIZED STAFFING | | | | | |
| 3 | FORD MOTOR CREDIT COMPANY | | | | | |
| 2 | GE CAPITAL CORP | | | | | |
| 1 | MARIN COUNTY TAX COLLECTOR | | | | | |
| 4 | MB FINANCIAL | | | | | |
| 5 | WAREHOUSE DIRECT INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-09720 | Judge: DONALD R. CASSLING |
| Case Name: | PACK, JEFF | |
| For Period Ending: | 09/03/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/09/11 (f) |
| 341(a) Meeting Date: | 04/14/11 |
| Claims Bar Date: | 08/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 509 Blackhawk, Westmont IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 511 Blackhaws, Westmont IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 3. 411 Philadelphia, Westmont IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 4. 12A228 jJefferson,  Apple River IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 5. 12679 S.E. Old Cypress, Hobe Sound, FL | 140,000.00 | 0.00 | | 0.00 | FA |
| 6. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 7. ETrade Financial | 10,711.24 | 0.00 | | 0.00 | FA |
| 8. MB Financial | 1,908.86 | 0.00 | | 0.00 | FA |
| 9. checking account | 382.96 | 0.00 | | 0.00 | FA |
| 10. savings account | 1,346.66 | 0.00 | | 0.00 | FA |
| 11. Oak Trust credit union | 2,526.00 | 0.00 | | 0.00 | FA |
| 12. checking account | 64.27 | 0.00 | | 0.00 | FA |
| 13. savings account | 1,387.73 | 0.00 | | 0.00 | FA |
| 14. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. WEARING APPAREL AND JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. golf clubs | 0.00 | 0.00 | | 0.00 | FA |
| 17. PENSION PLANS AND PROFIT SHARING | 17,024.71 | 0.00 | | 0.00 | FA |
| 18. PENSION PLANS AND PROFIT SHARING | 3,870.49 | 0.00 | | 0.00 | FA |
| 19. PENSION PLANS AND PROFIT SHARING | 8,800.58 | 0.00 | | 0.00 | FA |
| 20. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 21. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 22. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2009 tax refund | 22,035.50 | 0.00 | | 22,035.50 | FA |
| 24. AUTOMOBILES AND OTHER VEHICLES | 12,075.00 | 0.00 | | 0.00 | FA |
| 25. AUTOMOBILES AND OTHER VEHICLES | 20,000.00 | 0.00 | | 0.00 | FA |
| 26. AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.01

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Case No:   11-09720   Judge: DONALD R. CASSLING

Case Name:   PACK, JEFF

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE

Date Filed (f) or Converted (c):   03/09/11 (f)

341(a) Meeting Date:   04/14/11

Claims Bar Date:   08/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. AUTOMOBILES AND OTHER VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |
| 28. AUTOMOBILES AND OTHER VEHICLES | 8,000.00 | 0.00 | | 0.00 | FA |
| 29. AUTOMOBILES AND OTHER VEHICLES | 900.00 | 0.00 | | 0.00 | FA |
| 30. AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 31. boat | 4,000.00 | 0.00 | | 0.00 | FA |
| 32. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.04 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,571,434.00   $0.00   $22,038.54   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/30/13

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-09720 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PACK, JEFF | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1335 Checking - Non Interest |
| Taxpayer ID No: | *******7838 | | | |
| For Period Ending: | 09/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 21,696.38 | | 21,696.38 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.58 | 21,688.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.82 | 21,674.98 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.36 | 21,661.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.80 | 21,647.82 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.18 | 21,615.64 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 19.35 | 21,596.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.03 | 21,567.26 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.06 | 21,535.20 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.98 | 21,504.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.97 | 21,472.25 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.89 | 21,441.36 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.88 | 21,409.48 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.83 | 21,377.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.76 | 21,346.89 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.74 | 21,315.15 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.67 | 21,284.48 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.64 | 21,252.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.60 | 21,221.24 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 20.17 | 21,201.07 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.49 | 21,172.58 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.48 | 21,141.10 |
| 07/15/14 | 010003 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 2,953.85 | 18,187.25 |
| 07/15/14 | 010004 | Springer Brown LLC | Attorney for Trustee Fees (Other Fi | 3210-000 | | 8,592.00 | 9,595.25 |
| 07/15/14 | 010005 | Springer Brown LLC | Attorney for Trustee Expenses (Othe | 3220-000 | | 543.00 | 9,052.25 |
| 07/15/14 | 010006 | GE Capital Corp | Claim 2, Payment 0.13980% | 7100-000 | | 5,063.88 | 3,988.37 |

| Page Subtotals | 21,696.38 | 17,708.01 |
|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.01

FORM 2                                                                                          Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 11-09720  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PACK, JEFF | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1335  Checking - Non Interest |
| Taxpayer ID No: | *******7838 | | |
| For Period Ending: | 09/03/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | c/o Reed Smith LLP Attn:  Timothy Harris 10 S. Wacker Dr.  #400 Cihcago IL 60606 | | | | | |
| | 07/15/14 | 010007 | Ford Motor Credit Company P.O. Box 6275 Dearborn MI 48121 | Claim 3, Payment 0.13980% | 7100-000 | | 13.53 | 3,974.84 |
| | 07/15/14 | 010008 | MB Financal Bank Dave Beck Assis Vice President 6111 N. River Rd  4th Floor Rosemont IL 60018 | Claim 4, Payment 0.13980% | 7100-000 | | 3,800.82 | 174.02 |
| | 07/15/14 | 010009 | Warehouse Direct Inc. c/o Michael Weis P.O. Box 1166 Northbrook IL 60065 | Claim 5, Payment 0.13983% | 7100-000 | | 6.42 | 167.60 |
| * | 07/15/14 | 010010 | American Express Bank c/o Becket and Lee LLP P.O. Box 3001 Malvern PA 19355 | Claim 6, Payment 0.13974% | 7100-003 | | 10.93 | 156.67 |
| | 07/15/14 | 010011 | United States Bankruptcy Court IL | Claim 7, Payment 0.13992% Amercian Express Bank c/o Beckett and Lee P.O. Box 3001 Malvern PA 19355 | 7100-000 | | 3.58 | 153.09 |
| | 07/15/14 | 010012 | Debbie's Customized Staffing Bernard Wiczer 500 Skokie Blvd  #350 Northbrook IL 60062 | Claim 8, Payment 0.13980% | 7100-000 | | 153.09 | 0.00 |
| * | 07/16/14 | 010010 | American Express Bank c/o Becket and Lee LLP | Claim 6, Payment 0.13974% | 7100-003 | | -10.93 | 10.93 |

|  | Page Subtotals | 0.00 | 3,977.44 |
|---|---|---|---|

Ver: 18.01

FORM 2                                                                 Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                      Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-09720  -CAS | |
| Case Name: | PACK, JEFF | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1335  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******7838 |
| For Period Ending: | 09/03/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/14 | | P.O. Box 3001<br>Malvern PA 19355<br>American Expresss Bank | Claim 6, Payment 0.13974<br>reversal not posted; check cleared 7/13/14 properly by<br>creditor per endorsement | 7100-000 | | 10.93 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,696.38 | 21,696.38 | 0.00 |
| Less:  Bank Transfers/CD's | 21,696.38 | 0.00 | |
| Subtotal | 0.00 | 21,696.38 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 21,696.38 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 10.93 |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                                        Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit 9

| Case No: | 11-09720  -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PACK, JEFF | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5848  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7838 | | | |
| For Period Ending: | 09/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/11 | 23 | Jeffrey D. Pack | 2009 tax refund | 1129-000 | 22,035.50 | | 22,035.50 |
| | | 509 Blackhawk Ave | | | | | |
| | | Westmont IL 60559 | | | | | |
| 04/29/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 22,035.53 |
| 05/31/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,035.72 |
| 06/30/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,035.90 |
| 07/29/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,036.09 |
| 08/31/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,036.28 |
| 09/30/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,036.46 |
| 10/31/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,036.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.07 | 22,008.58 |
| 11/30/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,008.76 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.13 | 21,981.63 |
| 12/30/11 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,981.81 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.10 | 21,954.71 |
| 01/31/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,954.90 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.79 | 21,926.11 |
| 02/29/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,926.28 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 29.02 | 21,897.26 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.06 | 21,871.20 |
| 03/30/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,871.38 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.90 | 21,844.48 |
| 04/30/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,844.67 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.75 | 21,816.92 |
| 05/31/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,817.10 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.72 | 21,789.38 |
| 06/29/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,789.55 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.90 | 21,763.65 |

Page Subtotals                                   22,038.09        274.44

Ver: 18.01

FORM 2                                                                                            Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 11-09720 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PACK, JEFF | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5848  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7838 | | | |
| For Period Ending: | 09/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,763.84 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.54 | 21,735.30 |
| 08/31/12 | 32 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,735.48 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.61 | 21,707.87 |
| 09/14/12 | 32 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 21,707.95 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 11.57 | 21,696.38 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 21,696.38 | 0.00 |

|  | | | COLUMN TOTALS | | 22,038.54 | 22,038.54 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 21,696.38 | |
| | | | Subtotal | | 22,038.54 | 342.16 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,038.54 | 342.16 | |

| | | TOTAL - ALL ACCOUNTS | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| | | Checking - Non Interest - *******1335 | | | 0.00 | 21,696.38 | 0.00 |
| | | Money Market - Interest Bearing - ********5848 | | | 22,038.54 | 342.16 | 0.00 |
| | | | | | ------------------------- | ------------------------- | ------------------------- |
| | | | | | 22,038.54 | 22,038.54 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/      BRENDA PORTER HELMS, TRUSTEE

Page Subtotals                0.45          21,764.10

Ver: 18.01

FORM 2                                                                                            Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-09720  -CAS | |
| Case Name: | PACK, JEFF | |
| | | |
| Taxpayer ID No: | *******7838 | |
| For Period Ending: | 09/03/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5848  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  _____  Date: 09/03/14
                      BRENDA PORTER HELMS, TRUSTEE

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*